632 A.2d 266
IN THE MATTER OF ANDREW CONSTANTINE,
II, AN ATTORNEY AT LAW.

September 14, 1993.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that ANDREW CONSTANTINE, II of LONG BRANCH, who was admitted to the Bar of this State in 1984, and who was suspended from the practice of law for three months by

Order of this Court dated March 23, 1993, effective April 19, 1993, be restored to the practice of law, effective immediately.